George Marion WILFONG, Appellant, v. E.
B. SWOPE, Warden, United States Penitentiary, Alcatraz, California, Appellee.

No. 12239.

United States Court of Appeals
Ninth Circuit.

Oct. 13, 1949.

Rehearing Denied Nov. 17, 1949.

See also 174 F.2d 122.

George Marion Wilfong, in pro. per.

Frank J. Hennessy, U. S. Atty., Joseph Karesh, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before GOODRICH and BONE, Circuit Judges, HALL, District Judge.

PER CURIAM.

Judgment of the District Court is affirmed.